IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JONNY ALFREDO LLIGUICOTA MAYANCELA,<br><br>*Plaintiff,*<br><br>vs.<br><br>SUPERINTENDENT OF KARNES COUNTY IMMIGRATION PROCESSING CENTER, MIGUEL VERGARA, FIELD OFFICE DIRECTOR, ICE SAN ANTONIO FIELD OFFICE; ACTING DIRECTOR TODD M. LYONS, ACTING DIRECTOR U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND SECRETARY, USDHS KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY;<br><br>*Defendants.* | 5-25-CV-01038-OLG-RBF |

**ORDER SETTING STATUS HEARING**

Before the Court is the status of the above-referenced case, which was referred for disposition of all pretrial matters, pursuant to Rules CV-72 and 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Dkt. No. 3.

**IT IS ORDERED** that this case is set for an **attorneys-only** status hearing on **November 14, 2025**, at **10:30 am**. The hearing will be held by video conference using the Zoom video platform. The information to join the hearing is as follows:

Join ZoomGov Meeting: https://txwd-uscourts.zoomgov.com/j/1600078256

Meeting ID: 160 007 8256

Counsel should check in, no later than 5 minutes before the start of the hearing, with the Courtroom Deputy. Counsel should be prepared to discuss the status of the case, scheduling, and other procedural matters.

**IT IS SO ORDERED.**

**SIGNED** this 10th day of November, 2025.

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**